AUSA: Ben Arad

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

24 MJ 1202

UNITED STATES OF AMERICA

v.

NOAM HALPERT,

Defendant.

**COMPLAINT**

Violations of 21 U.S.C. § 841(a)(1), (b)(1)(C)

COUNTY OF OFFENSE:
WESTCHESTER

SOUTHERN DISTRICT OF NEW YORK, ss.:

Kyler Hardin, being duly sworn, deposes and says that he is a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and charges as follows:

## COUNT ONE
### (Possession with Intent to Distribute Controlled Substances)

1. From at least in or about December 2023 through at least on or about March 22, 2024, in the Southern District of New York and elsewhere, NOAM HALPERT, knowingly and intentionally distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of amphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. On or about December 21, 2023, a parcel ("Subject Parcel-0") was inspected at the United States Customs and Border Protection ("CBP") mail facility at John F. Kennedy International Airport ("JFK") in Queens, New York. The return address on Subject Parcel-0 was

in the United Kingdom. The named recipient on Subject Parcel-0 was NOAM HALPERT, the defendant. The recipient address on Subject Parcel-0 was "[XX] Barker Ave, apt 3B White Plains, NY 10601 USA," HALLPERT's address.

4. On or about December 21, 2023, federal agents opened Subject Parcel-0 and found inside a white, rock-like substance within a plastic poly bag that field-tested positive for the presence of amphetamines.

5. On or about March 18, 2024, two parcels ("Subject Parcel-1" and "Subject Parcel-2") arrived at the CBP mail facility at JFK. The return address on Subject Parcel-1 was in France. The return address on Subject Parcel-2 was in the Netherlands. The named recipient on both Subject Parcels was NOAM HALPERT, the defendant. The recipient address on Subject Parcel-1 was "[XX] Barker Ave, apt 3B White Plains, NY 10601 USA," HALLPERT's address. The recipient address on Subject Parcel-2 was "Apt 38 Barker ave[XX] 10601 WHITE PLAINS Ny UNITED STATES OF AMERICA." Based on my training and experience, I believe that the latter address also refers to HALPERT's address.

6. On or about March 18, 2024, CBP officers at JFK opened and inspected the contents of Subject Parcels 1 and 2. Inside Subject Parcel-1 they discovered a white, pasty substance with a gross weight of approximately 25 grams that field-tested positive for the presence of amphetamine. Inside Subject Parcel-2, officers discovered a similar substance with a gross weight of approximately 103 grams that field-tested positive for the presence of amphetamine.

7. On or about March 18, 2024, CBP brought these developments to the attention of HSI, which determined that NOAM HALPERT, the defendant, already was the target of an open HSI investigation, previously had been convicted of a federal offense, and was—and still is—serving a term of federal probation. The United States Probation Office ("Probation") has confirmed HALPERT's address.

8. On or about March 22, 2024, law enforcement agents dressed as delivery professionals delivered Subject Parcels 1 and 2, now containing decoy substances resembling the amphetamines that had been found in the Subject Parcels, to the address of NOAM HALPERT, the defendant. HALPERT signed for the Subject Parcels and entered his apartment. A short time later, agents executed a search of the apartment pursuant to a lawfully obtained search warrant.

9. Shortly after agents entered the apartment, NOAM HALPERT, the defendant, spontaneously uttered, in sum and substance, that there were lots of drugs in the apartment. Agents found in plain view, strewn about a workbench and in other places, substances resembling the amphetamines that CBP had discovered in Subject Parcels 1 and 2. The photo below depicts the workbench.



10. Also near the workbench were hydrochloric acid, isopropyl alcohol, and other chemicals. I know from my training and 15 years of experience investigating narcotics offenses

3

that hydrochloric acid and isopropyl alcohol often are used in the production of narcotics—in particular, methamphetamines.

11. During a *Mirandized*, post-arrest interview, NOAM HALPERT, the defendant, stated, in sum and substance, that he had purchased what by his own admission would appear to be distribution-quantities of amphetamines, which he packaged into pill form. He claimed that he did so for personal use.

12. Based on my training and extensive experience in narcotics investigations, I know it is uncommon for amphetamine users to possess at one time a supply of amphetamines that would last weeks or longer if the possession is solely for personal consumption. Rather, possession of such quantities is significantly more likely to be for the purpose of resale.

13. Also based on my training and experience, I know that it is atypical for an amphetamine user to consume more than approximately 5 grams of amphetamines per day. In fact, that figure is at the very high end of how much amphetamine a user is likely to be able to consume in a day. Based on the quantities of amphetamines in Subject Parcels 1 and 2 and the quantity of drugs that agents observed in the apartment of NOAM HALPERT, the defendant, I believe that the defendant possessed far more than what is likely to be a personal-use quantity of amphetamines. Therefore, there is probable cause to believe that HALPERT possessed these amphetamines for distribution.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, I respectfully request that NOAM HALPERT, the defendant, be imprisoned or bailed, as the case may be.

_____
KYLER HARDIN
Special Agent
Homeland Security Investigations

Sworn to before me this 22nd day of March, 2024.

_____
THE HONORABLE VICTORIA REZNIK
United States Magistrate Judge
Southern District of New York